UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Criminal No. 15-20621
                                               Hon. Matthew F. Leitman

v.

ERIC JUNOD,

       Defendant.

_____/

## GOVERNMENT'S UNOPPOSED MOTION TO EXTEND PAGE LIMIT UNDER LOCAL RULE 7.1(D)(3)

The government seeks leave to file a response brief in excess of the 25 page limit noted in the Local Rules for the Eastern District of Michigan. The defendant filed a motion for a *Franks* hearing and for additional discovery based on the government's search warrant involving a NIT technique. The NIT Warrant is lengthy and large portions of the affidavit need to be excerpted in order to address Defendant's arguments.

Given the nature of this case, and the bases for Defendant's *Franks* motion, the government requests this extension of page limit to adequately address all the legal issues raised by the defendant. The government's brief is approximately 30 pages.

Pursuant to Local Rule 7.1, the government sought concurrence with defense counsel on May 19, 2016. Defense counsel concurs with this motion.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

s/*Mollie E. O'Rourke*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9137
E-Mail: mollie.orourke@usdoj.gov

Dated:  May 19, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Criminal No. 15-20621
                                           Hon. Matthew F. Leitman

v.

ERIC JUNOD,

       Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO EXTEND PAGE LIMIT UNDER LOCAL RULE 7.1(D)(3)

The government having moved to extend the page limit of its response to Defendant's motion for pursuant to Eastern District of Michigan Local Rule 7.1(d)(3), and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the motion to extent page limit under Local Rule 7.1(d)(3) is **GRANTED.**

                                            /s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: May 19, 2016

4

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2016, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113

2:15-cr-20621-MFL-EAS   Doc # 48   Filed 05/19/16   Pg 4 of 4   Pg ID 522