UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                Criminal No. 15-cr-20621
                                               Hon. Matthew F. Leitman

v.

ERIC JUNOD,

      Defendant.
_____/

## AMENDED PRELIMINARY ORDER OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 36, the Stipulated Preliminary Order of Forfeiture entered in this action on October 3, 2016 (Docket # 66), is hereby amended to correct the serial number for the identified ipad. The correct description for the ipad identified on page 2 of the Stipulated Preliminary Order of Forfeiture should be: One (1) iPad, serial number DMPP51TQG5VY. The Stipulated Preliminary Order of Forfeiture (Docket #66) is fully incorporated herein and shall not be amended in any other respect.

*********************************************************************

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: May 12, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2017, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113