UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,          Case Nos. 15-cr-20621
                                              19-cv-12858
                                       Hon. Matthew F. Leitman
v.

ERIC JUNOD,

    Defendant/Petitioner.

_____/

## **JUDGMENT**

For the reasons stated in the Order entered and filed on April 13, 2020, defendant's/petitioner's Motion to Vacate Under 28 U.S.C. § 2255 is DENIED and judgment is entered in favor of Plaintiff/Respondent.

                                        DAVID J. WEAVER
                                        CLERK OF COURT

                          By:    s/Holly A. Monda
                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 13, 2020
Flint, Michigan